IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH DAVIS | : | CIVIL ACTION |
| v. | : | |
| LOUIS GIORLA, COMMISSIONER OF PHILADELPHIA PRISON SYSTEM | : | NO. 14-6629 |

**ORDER**

AND NOW, this 22 day of November, 2016, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).[1]

2. The Clerk of Court shall mark this action **CLOSED.**

BY THE COURT:

MITCHELL S. GOLDBERG
United States District Judge

---

[1] The court has inherent power to dismiss an action *sua sponte* if a litigant fails to prosecute a case or to comply with a court order.